SUPPRESSED
FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SEP 03 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.  4:20-cr-00484 RLW/DDN |
| | ) | |
| HOPE JENNINGS, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

(Possession of Five or More Identification Documents)

On or about February 15, 2020, in the Eastern District of Missouri, the defendant,

**HOPE JENNINGS,**

did knowingly possess with intent to use unlawfully or transfer unlawfully five (5) or more identification documents that were not lawfully issued for use by the defendant, that is, nine (9) Missouri driver's license cards, one (1) Missouri identification card, and six (6) Social Security cards in or affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1028(a)(3).

### COUNT 2 THROUGH 4

(Aggravated Identity Theft)

The Grand Jury further charges that:

On or about February 15, 2020, in the Eastern District of Missouri, the defendant,

## HOPE JENNINGS,

did knowingly transfer or possess without lawful authority the means of identification listed below, during and in relation to felony violations of: possession of five or more identification documents, Title 18, United States Code, Section 1028(a)(3) and possession of fifteen (15) or more access devices, Title 18, United States Code Section 1029(a)(3):

| Count | Date | Individual | Means of Identification |
|---|---|---|---|
| 2 | 02/15/2020 | M.C. | Name, Date of Birth, and Missouri Driver's License Number ending in 8037 |
| 3 | 02/15/2020 | J.T. | Name, Date of Birth, and Missouri Commercial Driver's License Number ending in 7007 |
| 4 | 02/15/2020 | J.B. | Name and Social Security Number ending in 4738 |

All in violation of Title 18, Untied States Code, Sections 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
LINDA LANE, # 0011451IA
Assistant United States Attorney